IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DOUGLAS GIBSON                                                                          PLAINTIFF

VS.                              CASE NO. 3:07CV00062 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 23rd day of September , 2008.

_____
UNITED STATES MAGISTRATE JUDGE